DENNIS DI COSALA v. ROBERT TREAT COUNCIL, BOY
SCOUTS OF AMERICA.

June 3, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. HATIM T. ZAIF.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH LEO GIOVANÀZZO.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MCCULLOUGH.

June 3, 1981.

Petition for certification denied.